IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHOK V. SHAH, | ) | |
| | ) | C.A. No. 08-cv-0249-UNA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADECCO, | ) | |
| | ) | |
| Defendant. | ) | |

### ANSWER TO COMPLAINT

Defendant Adecco USA, Inc. ("Adecco") hereby responds to the Complaint filed in the above captioned matter as follows:

1. Adecco is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

2. The allegations of this paragraph are denied. By way of further response, Adecco specifically denies that Plaintiff was subjected to any discriminatory conduct while an employee of Adecco.

3. Adecco denies each and every allegation contained in this paragraph. By way of further response, Adecco specifically denies that Plaintiff was subjected to any discriminatory conduct while an employee of Adecco.

4. The allegations of this paragraph are denied. By way of further response, Adecco specifically denies that Plaintiff was subjected to any discriminatory conduct while an employee of Adecco. Adecco further denies that it terminated Plaintiff's employment.

5. Adecco is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph. The remainder of the

allegations contained in this paragraph are denied. By way of further response, Adecco specifically denies that Plaintiff was subjected to any discriminatory conduct while an employee of Adecco, or that Plaintiff has been damaged as alleged.

6. This paragraph does not contain allegations to which a responsive pleading is required.

7. Adecco is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim against Adecco upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Adecco's conduct toward and treatment of Plaintiff was at all times based upon reasonable, legitimate, and non-discriminatory business reasons.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff did not suffer any adverse employment action.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff did not engage in any protected activity of which Adecco was aware.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has sustained no damages, no financial loss or any other injury.

### SIXTH AFFIRMATIVE DEFENSE

Any injury allegedly suffered by Plaintiff does not constitute emotional distress.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate any damages he alleges he has suffered.

NINTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

TENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the doctrines of res judicata or collateral estoppel.

WHEREFORE, Adecco respectfully requests that this Court enter judgment in its favor and against Plaintiff:

  (a) Dismissing the complaint with prejudice;

  (b) Awarding it costs and attorneys fees; and

  (c) Granting such other and further relief as the Court deems just and proper.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Jennifer Gimler Brady (I.D. 2874)
Sarah E. DiLuzio (I.D. 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
jbrady@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant Adecco USA, Inc.*

Dated: April 30, 2008

862102 / 33020

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 30th day of April, 2008, that the foregoing **ANSWER TO COMPLAINT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) copies were served on the following in the manner indicated:

**FIRST CLASS U.S. MAIL (postage prepaid)**
Ashok V. Shah, *pro se*
P.O. Box 1182
New Castle, DE  19720

_____
Sarah E. DiLuzio (Del. Bar 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
sdiluzio@potteranderson.com - Email

*Attorneys for Defendant Adecco USA, Inc.*