## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ASHOK V. SHAH,                          )
                                        )    C.A. No.  08-cv-0249-UNA
            Plaintiff,                  )
                                        )
    v.                                  )
                                        )
ADECCO,                                 )
                                        )
            Defendant.                  )

## DISCLOSURE OF ADECCO USA, INC.
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Adecco USA, Inc., by and through its

undersigned attorneys, hereby certifies as follows:

Defendant Adecco USA, Inc. is a wholly owned subsidiary of Adecco S.A., which is a

foreign publicly traded corporation registered in Switzerland.  No other public corporation owns

10% or more of Adecco USA, Inc. or any company affiliated with Adecco USA, Inc.


                                        POTTER ANDERSON & CORROON LLP

                                        By: _____
                                            Jennifer Gimler Brady (I.D. 2874)
                                            Sarah E. DiLuzio (I.D. 4085)
                                            1313 North Market Street
                                            P.O. Box 951
                                            Wilmington, DE  19899-0951
                                            Telephone:  (302) 984-6000
                                            Telefax:  (302) 658-1192
                                            jbrady@potteranderson.com
                                            sdiluzio@potteranderson.com

                                        *Attorneys for Defendant Adecco USA, Inc.*

Dated:  April 30, 2008
862228/33020

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 30th day of April, 2008, that the foregoing

**DISCLOSURE OF ADECCO USA, INC. PURSUANT TO FEDERAL RULE OF CIVIL**

**PROCEDURE 7.1** was electronically filed with U.S. District Court District of Delaware via

CM/ECF (Official Court Electronic Document Filing System) and two (2) copies were served on

the following in the manner indicated:

**FIRST CLASS U.S. MAIL (postage prepaid)**
Ashok V. Shah, *pro se*
P.O. Box 1182
New Castle, DE  19720

Sarah E. DiLuzio (Del. Bar 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
sdiluzio@potteranderson.com - Email

*Attorneys for Defendant Adecco USA, Inc.*