IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHOK V. SHAH, | ) | |
| | ) | C.A. No. 08-cv-0249-UNA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADECCO, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Jennifer Gimler Brady of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of Defendant Adecco USA, Inc. in connection with the captioned matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (I.D. 2874)
Sarah E. DiLuzio (I.D. 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
jbrady@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant Adecco USA, Inc.*

Dated: April 30, 2008
862369v1 / 33020

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 30th day of April, 2008, that the foregoing **ENTRY OF APPEARANCE** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) copies were served on the following in the manner indicated:

**FIRST CLASS U.S. MAIL (postage prepaid)**
Ashok V. Shah, *pro se*
P.O. Box 1182
New Castle, DE  19720

*[signature]*
Jennifer Gimler Brady (Del. Bar 2874)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com - Email

*Attorneys for Defendant Adecco USA, Inc.*